In the Matter of the Claim of ELIZABETH SUITS, Respondent, against AMERICAN LAUNDRY MACHINERY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claim of RAYMOND BUHOLTZ, Respondent, against HENRY J. KEARSE et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Hill, P. J., Crapser and Heffernan, JJ., concur; Bliss and Schenck, JJ., dissent on the authority of *Matter of Marks* v. *Gray* (251 N. Y. 90).